Argued July 26, affirmed August 9, reconsideration denied September 15, petition for review denied October 12, 1976

RUSSELL et al, *Appellants,*

*v.*

JACKSON COUNTY et al, *Respondents.*

(No. 75-176-E-2, CA 5720)

552 P2d 578

*Mark P. O'Donnell,* Portland, argued the cause for appellants. With him on the brief were John R. Perrin and O'Donnell, Rhoades & Gerber, Portland.

*Thomas J. Owens,* Medford, argued the cause and filed the brief for respondents.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

Affirmed. *Marracci v. City of Scappoose,* 26 Or App 131, 552 P2d 552 (1976).